IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MCELROY TRUCK LINES INC., | Civil Action No. |
| Plaintiff, | |
| vs. | COMPLAINT AND JURY DEMAND |
| JENNIFER K. SLIVKA, JOHN DOES 1-10 (said names being fictitious), and JOHN ROE CORP. 1-10 (said names being fictitious), | |
| Defendants. | |

Plaintiff **MCELROY TRUCK LINES INC.**, by and through their attorneys, **RAWLE & HENDERSON LLP**, and by way of Complaint against Defendants **JENNIFER K. SLIVKA, JOHN DOES 1-10**, and **JOHN ROE CORP. 1-10**, sets forth as follows:

## PARTIES AND JURISDICTION

1. Plaintiff **MCELROY TRUCK LINES INC.** is a corporation organized and existing under the laws of the State of Alabama, with a principle place of business located at 111 Highway 80 Spur, Cuba, Alabama 36907.

2. Defendant **JENNIFER K. SLIVKA** is a resident of the State of Pennsylvania, residing at 225 Windy Hill Road, Coatsville, Pennsylvania 19320.

3. Defendants **JOHN DOES 1-10** and **JOHN ROE CORP. 1-10** are fictitious parties.

4. In this action, Plaintiff **MCELROY TRUCK LINES INC.** seeks to recover damages in an amount exceeding $75,000.00.

5. Jurisdiction is based on diversity of Citizenship between Plaintiff **MCELROY TRUCK LINES INC.** and Defendant **JENNIFER K. SLIVKA**, pursuant to 28 U.S.C. § 1332.

### FIRST COUNT

6. On April 8, 2022, Plaintiff **MCELROY TRUCK LINES INC.** owned a tractor-trailer, bearing license plate number 1128175 (Alabama).

7. On April 8, 2022, the tractor-trailer owned by Plaintiff **MCELROY TRUCK LINES INC.**, bearing license plate number 1128175 (Alabama), was operated by Wesley A. Chappell.

8. On April 8, 2022, Wesley A. Chappell had approval and permission from Plaintiff **MCELROY TRUCK LINES INC.** to operate the tractor-trailer owned by Plaintiff **MCELROY TRUCK LINES INC.**, bearing license plate number 1128175 (Alabama).

9. On April 8, 2022, the tractor-trailer owned by Plaintiff **MCELROY TRUCK LINES INC.**, bearing license plate number 1128175 (Alabama), was traveling northbound on Interstate 295 at or near Logan Township, New Jersey (Milepost 014.40), when the vehicle owned and operated by Defendant **JENNIFER K. SLIVKA**, bearing license plate number KPR2629 (Pennsylvania), negligently entered and crossed the same Interstate 295 lane, thereby preventing the tractor-trailer, operated by Wesley A. Chappell,

from stopping in time and avoiding collision with the vehicle owned and operated by Defendant **JENNIFER K. SLIVKA**.

10. The collision was caused by the negligence, recklessness, and carelessness of Defendant **JENNIFER K. SLIVKA** in the ownership and operation of her vehicle.

11. Plaintiff **MCELROY TRUCK LINES INC.** has incurred costs of $288,307.98 in repairing its tractor-trailer, resulting from the damages sustained due to the negligence of Defendant **JENNIFER K. SLIVKA**.

12. To date, no portion of the $288,307.98 cost of repair has been repaid by Defendant **JENNIFER K. SLIVKA**, or by her automobile insurer, to Plaintiff **MCELROY TRUCK LINES INC.**, despite its due demand.

## SECOND COUNT

13. Plaintiff **MCELROY TRUCK LINES INC.** repeats and alleges all of the allegations of the First Count of the Complaint as if set forth at length herein.

14. At all relevant times, Defendants **JOHN DOES 1-10** and **JOHN ROE CORP. 1-10** are fictitious names for unknown persons and/or business entities and/or corporations who may be liable for the damages suffered by Plaintiff **MCELROY TRUCK LINES INC.**

**WHEREFORE**, Plaintiff **MCELROY TRUCK LINES INC.** demands judgment against Defendant **JENNIFER K. SLIVKA** and Defendants **JOHN DOES 1-10** and **JOHN ROE CORP. 1-10**, in the amount of

288,307.98, together with interest and costs and such other, further, and different relief as this Court deems just, proper, and equitable.

### JURY DEMAND

Plaintiff **MCELROY TRUCK LINES INC.** demands a trial by jury on all issues so triable, pursuant to F.R.C.P. § 38(b).

                              **RAWLE & HENDERSON LLP**
                              *Attorneys for Plaintiff,*
                              *McElroy Truck Lines Inc.*

                              _____
                              RONALD JAMES R. DE LA FUENTE, ESQ.

DATED: January 27, 2023