IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MCELROY TRUCK LINES INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JENNIFER K. SLIVKA, JOHN DOES 1-10 (said names being fictitious), and JOHN ROE CORP. 1-10 (said names being fictitious),**<br><br>**Defendants.** | **CIVIL ACTION NO.:**<br>**1:23-CV-00741**<br><br>**Civil Action**<br><br>**MOTION FOR ENTRY OF A DEFAULT JUDGMENT** |

TO:   Jennifer K. Slivka
       225 Windy Hill Road
       Coatsville, Pennsylvania 19320

**PLEASE TAKE NOTICE** that on September 5, 2023, Plaintiff McElroy Truck Lines Inc., by and through their counsel herein, RAWLE & HENDERSON, LLP, shall move before the United States District Court, at the United State Court House, 4th and Cooper Streets, Camden, New Jersey 08101, at 9:00 a.m. or as soon thereafter as counsel may be heard, for the entry of Default Judgment in favor of Plaintiff against Defendant, JENNIFER K. SLIVKA pursuant to Federal Rule of Civil Procedure 55(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this request plaintiff relies upon the record in this case and the attached Affirmation of Richard T. Imossi, Esq. and affidavit of Erik Stremke submitted herein.

**PLEASE TAKE FURTHER NOTICE** that a proposed for of Order is submitted herein.

                                  **RAWLE & HENDERESON, LLP**
                                  Attorneys for Plaintiff
                                   McElroy Truck Lines, Inc.

              By:    *Richard Imossi*
                          RICHARD T. IMOSSI, ESQ.
                          (973) 643-1400, ext. 20
                          (rimossi@rawle.com)

Dated: August 2, 2023